UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

F.V,

        Plaintiff.

      v.

OAKLAND UNIFIED SCHOOL
DISTRICT, et al.,

        Defendants.

Case No.  25-cv-08147-JCS

**CASE MANAGEMENT AND
PRETRIAL ORDER (JURY)**

Following the case management conference held on April 22, 2026, IT IS HEREBY ORDERED THAT:

Except as modified by this Order, the Court adopts the dates in the Joint Case Management Statement, ECF Dkt No. 22

The last day to seek leave to amend pleadings is **July 21, 2026**.  No new parties may be added without leave of Court.  Any such motion for leave shall be filed on or before **July 21, 2026**.

A further case management conference is set for **September 2, 2026**, **at 2:00 p.m.**, before Magistrate Judge Spero, in Courtroom D, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  An updated joint case management conference statement is due **August 26, 2026**.

IT IS FURTHER ORDERED THAT:

I. **TRIAL DATE**

A. Jury trial date will be determined later.

B. The length of the trial will be not more than 5 days.

Revised 10/27/2023

## II. <u>DISCOVERY</u>

A. All non-expert discovery shall be completed by April 22, 2027.

B. All expert disclosures required by the Federal Rules of Civil Procedure shall be made by May 21, 2027, by the party that bears burden of proof on a claim or defense. Expert rebuttal disclosures by the party that does not bear the burden of proof on an issue shall be made by June 25, 2027.

C. All discovery from experts shall be completed by August 20, 2027.

D. In lieu of filing formal discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person** regarding the subject matter of the Motion(s) in an effort to resolve these matters. After attempting other means to confer on the issue (i.e. letter, phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice. The location of the meeting will alternate with the first location selected by counsel for Plaintiff, the second by counsel for Defendant, etc. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court, not to exceed five (5) pages without leave of Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue. Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

## III. <u>MOTIONS</u>

Each party may file one *Daubert* motion, addressing any number of expert witnesses, to be heard at the same time as dispositive motions. All dispositive motions and *Daubert* motions shall be heard on **November 10, 2027**, **at 9:30 a.m., in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.** Any reply papers on such motions shall be served and filed no later than **four (4) weeks** prior to the scheduled hearing date. The parties shall meet and confer and file a stipulation and proposed order as to the remainder of the briefing schedule.

All chambers' copies should be submitted in .pdf format and emailed to JCSPO@cand.uscourts.gov. Please do not submit paper copies unless requested by the Court.

No party may file more than one (1) summary judgment motion without leave of Court.

United States District Court
Northern District of California

## IV.    ALTERNATIVE DISPUTE RESOLUTION

The parties will file a joint statement by **4/29/2026** notifying the Court of their ADR choice.  If Private mediation is chosen then the parties will disclose the mediator's name and date of mediation.

## V.    PRETRIAL CONFERENCE

A Final Pretrial Conference date will be determined later.

Dated: April 24, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

3

United States District Court
Northern District of California

CONFIDENTIAL
JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page. If you need more room, continue at the bottom or on the side of the page. Thank you for your cooperation.

1.    Your name: _____

2.    Your age: _____

3.    City in which you reside: _____

4.    Your place of birth: _____

5.    Do you rent or own your own home?_____

6.    Are you married or do you have a domestic partner? _____Yes _____ No

7.    Please list the occupation of your spouse or domestic partner:

_____

8.    If you are not married and do not have a domestic partner, are you (circle one, if applicable):

( ) Single          ( ) Separated          ( ) Divorced          ( ) Widowed

9.    If you have children, please list their ages and sex and, if they are employed, please give their occupations:

_____

_____

_____

_____

10.    What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working.)

_____

_____

11.    Who is (or was) your employer? _____

12.    How long have you worked for this employer? _____

13.    Please describe your education background:

Highest grade completed: _____

College and/or vocational schools you have attended:

_____

_____

Major areas of study: _____

14.    Have you ever had jury experience? _____ Number of times? _____

If yes:  State/County Court _____ Federal Court _____

When? _____Was it a civil or criminal case? _____

Did any of the juries reach a verdict ? _____ Yes _____ No

Revised 10/27/2023